O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONNIE BRUNER,

                     Plaintiff,

        vs.

CITY OF VENTURA, ET AL.,

                     Defendants.

CASE NO. CV 11-03514 VAP (RZ)

ORDER ACCEPTING FIRST INTERIM
REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE
JUDGE

      The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the First Interim Report.

DATED: July 19 2011

Virginia A. Phillips
——————————————————
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE