**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRUNER, | CASE NO. CV 11-03514 VAP (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF VENTURA, ET AL., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Second Report.

DATED: September 6, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE