O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRUNER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF VENTURA, ET AL.,<br><br>  Defendants. | CASE NO. CV 11-03514 VAP (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice for failure to prosecute.

DATED: September 6, 2011

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE