O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONNIE BRUNER, | ) | CASE NO. CV 11-03514 VAP (RZ) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| CITY OF VENTURA, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting the Second Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice for failure to prosecute.

DATED: September 6, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE